# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TALMA KATZ,  
    *Plaintiff,*  
v.

CASE NO. 3:17-CV-183-J-25MCR

ROOMS TO GO.COM, INC., and/or  
RAC ACCEPTANCE EAST, LLC  
d/b/a ACCEPTANCE NOW EAST, LLC,  
    *Defendant(s).*

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TALMA KATZ, by and through her undersigned counsel, and pursuant to the terms of the Settlement Agreement and Release, hereby gives notice to the Court of Plaintiff's voluntary dismissal with prejudice of the above captioned case. Each party is in agreement and is responsible for their own attorney's fees and costs.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically using the Court's CM/ECF system on all registered users of CM/ECF system who have filed a notice of appearance, including on the following counsel, Matthew R. Rosenkoff of Taylor English Duma LLP, this 6th day of October, 2017.

**ESPENSHIP, SCHLAX & ALBEE, LLC**

*/s/ Stephen F. Albee*      */s/ Sean A. Espenship*

| | |
|---|---|
| Stephen F. Albee, Esq./FBN 979686 | Sean A. Espenship, Esq./FBN 128340 |
| 200 East Forsyth Street | 200 East Forsyth Street |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32202 |
| Tel: (904) 674-0717 Fax: (904) 674-0737 | Tel: (904) 674-0717 Fax: (904) 674-0737 |
| steve@esalawgroup.com | sean@esalawgroup.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |